UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SURVIVOR PRODUCTIONS, INC.,

           Plaintiff,

    v.                                         Civil No.3:15-cv-01596-AA

JONATHAN OWENS,

           Defendant.

## JUDGMENT

    Pursuant to the ORDER signed on May 26, 2016, this action is dismissed and Plaintiff is awarded $1,250 in statutory fees and a Permanent Injunction Against Defendant.

Dated this 1st day of June 2016.

                                /s/ Ann Aiken
                                Ann Aiken
                                United States District Judge

JUDGMENT